# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133672

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                 SC: 133672
                                 COA: 276101
                                 Oakland CC: 06-208306-FH

LARRY GREEN,
       Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the March 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk

t0618